**James Russell MILLER, Plaintiff-Appellant**

v.

**MANAGEMENT & TRAINING CORPORATION, Defendant-Appellee**

No. 17-60214
Summary Calendar

United States Court of Appeals, Fifth Circuit.

Filed September 21, 2017

James Monroe Scurlock, Wallace, Martin, Duke & Russell, P.L.L.C., Little Rock, AR, Matthew Reid Krell, Esq., Law Offices of Matthew Reid Krell, Tuscaloosa, AL, for Plaintiff-Appellant

Richard Jarrad Garner, Esq., Hiram Richard Davis, Jr., Esq., Adams & Reese, L.L.P., Ridgeland, MS, for Defendant-Appellee

Before WIENER, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Plaintiff-Appellant James Russell Miller appeals the ruling of the district court that Defendant-Appellee Management and Training Corporation is entitled to summary judgment on his claims of gender

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

discrimination under Title VII, race discrimination under 42 U.S.C. § 1981, and wrongful termination. Miller's only claim on appeal necessitates evidence that he was fired for reporting or objecting to criminal violations of a consent decree. Miller has not challenged the district court's determination that he was fired for inappropriate sexual conduct with a subordinate coworker and that there was no evidence this reason was pretextual.

The district court's judgment is, in all respects,

AFFIRMED.